THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID HALE, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MILLIMAN SOLUTIONS, LLC<br><br>　　　　　　　　　Defendant. | CASE NO.  2:23-cv-01206-BJR<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT AND TO VACATE DEADLINES IN COURT'S ORDER (DKT. NO. 16)**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 10, 2023** |

This matter came before the Court on Plaintiff David Hale ("Plaintiff") and Defendant Milliman Solutions, LLC's ("Milliman") joint motion (the "Joint Motion") to [1] Extend Milliman's Deadline To Respond to the Complaint, and [2] Vacate the Deadlines in the Court's Order (Dkt. No. 16). The Court having considered the papers submitted finds good cause for granting the motion.

Now, therefore, it is hereby ORDERED that Plaintiff and Milliman's Joint Motion is GRANTED. The Court [1] extends the deadline for Milliman's response to the Plaintiff's complaint to and including December 15, 2023, and [2] vacates the deadlines set in the Court's previous Order regarding Initial Scheduling Dates (Dkt. No. 16).

**IT IS SO ORDERED.**

Dated this 12th day of October, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

/s/ *Lara S. Garner*
Lara S. Garner
GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Tel: (206) 695-5115